IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

  Plaintiff,

vs.            CASE NO.: 4:10-cv-170-SPM-WCS

MARLENE DEKKER,

  Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS CAUSE comes before the court upon the Magistrate Judge's Report and Recommendation (doc. 14). The Parties have been furnished copies and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the Report and Recommendation, it is hereby ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 14) is *adopted* and incorporated by reference in this order.
2. Plaintiff's Motion for Summary Judgment (doc. 8) is *granted.*
3. Judgment is entered in favor of Plaintiff in the amount of $254,215.29, representing interest of $91,030.98, and principle on the two

promissory notes of $163,184.31.

DONE AND ORDERED this twentieth day of April, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge